# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lehrburger, Robert W. | U.S. District Court, Southern District of New York | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 (no reportable holdings) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (financial services consulting) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) | A | Interest | M | T | | | | | |
| 3. Bank of Texas (cash) | A | Interest | P1 | T | | | | | |
| 4. Chase Private Bank (cash) | A | Interest | N | T | | | | | |
| 5. LONG TERM CARE - WHOLE LIFE INSURANCE - Mass Mutual Life Ins. Co. | A | Interest | O | T | | | | | |
| 6. U.S. FEDERAL INFLATION BONDS | D | Interest | O | T | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. Fidelity Government Money Market Fund (SPAXX) (cash equiv) | C | Dividend | N | T | | | | | |
| 9. Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | D | Dividend | O | T | | | | | |
| 10. IRA #2 (H) | | | | | | | | | |
| 11. Fidelity Four In One Index Fund (FFNOX) | B | Dividend | L | T | | | | | |
| 12. TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 13. Fidelity Cash Fund (cash) | C | Interest | N | T | | | | | |
| 14. Fidelity Balanced Fund (FBALX) | D | Dividend | N | T | | | | | |
| 15. Fidelity Limited Term Muni Income Fund (FSTFX) | C | Dividend | M | T | | | | | |
| 16. Fidelity NY AMT Tax-Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | N | T | | | | | |
| 17. TRUST ACCOUNT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Government Money Market Fund (SPAXX) (cash equivalent) | B | Dividend | L | T | | | | | |
| 19. Fidelity Tot Mkt Indx Instl Prem (FSKAX) | C | Dividend | M | T | | | | | |
| 20. Fidelity Four In One Index Fund (FFNOX) | E | Dividend | O | T | | | | | |
| 21. Fidelity NY Muni Income Fund (FTFMX) | C | Dividend | M | T | | | | | |
| 22. Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | N | T | | | | | |
| 23. Ishares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | L | T | | | | | |
| 24. Vanguard Whitehall FDS High Dividend Yield ETF SHS (VYM) | B | Dividend | L | T | | | | | |
| 25. Ishares National Muni Bond Fund (MUB) | C | Dividend | M | T | | | | | |
| 26. TRUST ACCOUNT #3 (H) | | | | | | | | | |
| 27. Fidelity Government Money Market Fund (SPAXX) (cash) | B | Interest | L | T | | | | | |
| 28. Fidelity Total Mkt Index (FSKAX) | C | Dividend | M | T | | | | | |
| 29. Fidelity Four In One Index Fund (FFNOX) | E | Dividend | O | T | | | | | |
| 30. Fidelity New York Muni Income Fund (FTFMX) | D | Dividend | M | T | | | | | |
| 31. Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | N | T | | | | | |
| 32. Ishares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | M | T | | | | | |
| 33. Vanguard Whitehall FDS High Dividend Yield ETF (VYM) | C | Dividend | L | T | | | | | |
| 34. Ishares National Muni Fund (MUB) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. 529 PLAN #1 (H) | | | | | | | | | |
| 36. Vanguard Moderate Age-Based Option: Disciplined Growth Portfolio | | None | O | T | | | | | |
| 37. 529 PLAN #2 (H) | | | | | | | | | |
| 38. Vanguard Moderate Age-Based Option: Income Portfolio | | None | M | T | | | | | |
| 39. 401(k) ACCOUNT #1 (H) | | | | | | | | | |
| 40. Fidelity Blue Chip Growth K (FBGKX) | E | Dividend | N | T | | | | | |
| 41. Fidelity 500 Index Fund (FXAIX) | A | Dividend | J | T | | | | | |
| 42. Vanguard Primecap Core (VPCCX) | E | Dividend | N | T | | | | | |
| 43. Fidelity Managed Income Portfolio II Cl 3 (MIP II CL 3) | A | Dividend | K | T | | | | | |
| 44. Vanguard Target 2015 (VTXVX) | A | Dividend | L | T | | | | | |
| 45. Vanguard Target 2025 (VTTVX) | A | Dividend | M | T | | | | | |
| 46. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 47. EY FIRM CAPITAL | | None | N | U | | | | | |
| 48. HEALTH SAVINGS ACCOUNT (H) | | | | | | | | | |
| 49. Fidelity FDIC Insured Money Sweep (cash) | A | Interest | K | T | | | | | |
| 50. BROKERAGE #1 (H) | | | | | | | | | |
| 51. Fidelity 500 Index Inst Prem (FXAIX) | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity NY AMT Tax-Free Money Mkt (FSNXX) (cash equiv) | D | Dividend | O | T | | | | | |
| 53. BROKERAGE #2 (H) | | | | | | | | | |
| 54. Fidelity 500 Index Fund (FXAIX) | F | Dividend | P1 | T | | | | | |
| 55. Fidelity U.S. Bond Index Fund (FXNAX) | D | Dividend | M | T | | | | | |
| 56. Fidelity New York Muni Income (FTFMX) | A | Dividend | K | T | | | | | |
| 57. BROKERAGE #3 (H) | | | | | | | | | |
| 58. Fidelity Govt Cash Reserves (FDRXX) (cash) | C | Interest | M | T | | | | | |
| 59. Erie Cty NY Indl Dev Agy Schfac Rev City Sch 5/1/2031 (29509PGC7) | C | Interest | | | Redeemed | 05/01/19 | M | | |
| 60. NY St Twy Auth Gen Rev Jr Indbt 05/01/19 (650010AD3) | D | Interest | | | Redeemed | 05/01/19 | M | | |
| 61. New Jersey St. Transportation Tr. Fd. 6/15/2019 (646136Z46) | B | Interest | | | Redeemed | 06/17/19 | L | | |
| 62. Canadian Cnty Okla Edl Facs Auth Edl 09/01/19 (135521CD2) | C | Interest | | | Redeemed | 09/03/19 | M | | |
| 63. Ulster Cnty NY Bd Antic Nts Ser 2018 11/20/19 (903766N9O) | C | Interest | | | Redeemed | 11/20/19 | M | | |
| 64. Nassau Cnty NY Go Ran Ser 2019 A (63165TJ71) | A | Interest | | | Buy | 01/03/19 | M | | |
| 65. | | | | | Sold (part) | 12/09/19 | M | | |
| 66. | | | | | Redeemed | 12/10/19 | K | | |
| 67. Metropolitan Transn Auth N Y Rev Bans (59261AXV4) | | None | M | T | Buy | 09/04/19 | M | | |
| 68. Nassau Cnty NY Go Bans Ser 2019 A (63165TN92) | | None | M | T | Buy | 06/25/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tompkins-Seneca-Tioga NY Brd Coop Edl (890114BN0) | | None | M | T | Buy | 10/25/19 | M | | |
| 70. Triborough Bridge & Tunnel Auth Y Gen Purp Rev 1/1/2021 (896029YU3) | C | Interest | K | T | Redeemed (part) | 01/02/19 | K | | |
| 71. NY St Twy Auth Gen Rev Bds Ser 01/01/22 (64972HP71) | C | Interest | M | T | | | | | |
| 72. Erie County NY Fiscal Stability Ref-Sales Tax 5/15/2022 (29508RGS9) | C | Interest | M | T | | | | | |
| 73. NY NY GO Bonds Series B 8/1/2022 (64966J3P9) | C | Interest | M | T | | | | | |
| 74. NY NY CityTransitional Future Tax 11/1/2022 (64971QRN5) | D | Interest | M | T | | | | | |
| 75. NY NY City Tr Cultural Rev Bonds 2/1/2023 (649717TF2) | C | Interest | M | T | | | | | |
| 76. Erie Cnty NY Indl Dev Agy Sch Fac Rev 05/01/23 (29509PHK8) | C | Interest | M | T | | | | | |
| 77. NY NY City Transitional Fin 07/15/23 (64972HP71) | C | Interest | M | T | | | | | |
| 78. Erie Cty NY Indl Dev Agy 5/1/2024 (29509PKV0) | C | Interest | M | T | | | | | |
| 79. Utility Debt Securitzation 6/15/2024 (91802RCS6) | C | Interest | M | T | | | | | |
| 80. NY St Dorm Auth Rev 7/1/2024 (64990HU40) | D | Interest | M | T | | | | | |
| 81. Metropolitan Transp. Auth. NY Rev. and Ref. Bds 11/15/2024 (59261AGV3) | C | Interest | M | T | | | | | |
| 82. Brookhaven NY GO 3/15/2025 4% (113152XB3) | C | Interest | M | T | | | | | |
| 83. Brookhaven NY GO 3/15/2025 5% (113152YH9) | D | Interest | M | T | | | | | |
| 84. NY St Dorm Auth Rev 7/1/2025 (64990CA68) | D | Interest | M | T | | | | | |
| 85. Metropolitan Transp. Authority NY 11/15/2025 (59259N6Y4) | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Triborough Brdg & Tunl Auth. 11/15/2025 (89602N5C4) | D | Interest | M | T | | | | | |
| 87. NY St Dorm Auth St Pers Income 02/15/26 (64990FFT6) | D | Interest | M | T | | | | | |
| 88. NY St Dorm Auth Revs Non St 07/01/26 (64990CUZ2) | D | Interest | M | T | | | | | |
| 89. NY St Environmental Facs 08/15/26 (64985HXU6) | D | Interest | M | T | | | | | |
| 90. Fort Myers Fla 12/1/2026 (348073DD6) | C | Interest | | | Sold | 12/09/19 | M | B | |
| 91. Sachem Cent Sch Dist NY Holbrook Ref 10/15/27 (785721UH2) | C | Interest | M | T | | | | | |
| 92. NY NY City Transitional Fin 08/01/28 (64971XCJ5) | D | Interest | M | T | | | | | |
| 93. New Jersey St Transn Tr Fd Auth Sys Bds (6461366E6) | | None | M | T | Buy | 12/18/19 | M | | |
| 94. New York St Twy Auth Gen Rev Bds (650009G31) | C | Interest | M | T | Buy | 05/31/19 | M | | |
| 95. New York NY Go BDS Ser 2019 E (64966MQ93) | B | Interest | M | T | Buy | 03/19/19 | M | | |
| 96. Port Auth NY & NJ Consolidated BDS (73358W4H4) | | None | M | T | Buy | 12/03/19 | M | | |
| 97. BROKERAGE #4 (H) | | | | | | | | | |
| 98. Fidelity Govt Cash Reserves (FDRXX) (cash) | D | Interest | K | T | | | | | |
| 99. Parmer Cty Tex Hosp Dist Ltd Tax GO Ref Bdds 2/5/2019 (701763BC7) | | None | | | Sold | 01/03/19 | O | | |
| 100. Colonie NY Bd Antic Nts Ser 2018 03/15/19 (1961448K8) | C | Interest | | | Sold (part) | 01/24/19 | N | | |
| 101. | | | | | Sold | 03/15/19 | L | | |
| 102. North Tonawanda NY Various Purp Serial Bds 4/1/2019 (662871XA5) | B | Interest | | | Redeemed | 04/01/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   Glen Falls NY Go Bd Antic Nts Ser 06/07/19 (378820PE8) | | None | | | Sold | 03/20/19 | O | | |
| 104.   Board Coop Edl Svcs NY Sole Supervisory 06/14/19 (096575KG9) | | None | | | Sold | 04/01/19 | O | | |
| 105.   Peru NY Cent Sch Dist Dist Rfdg G/O BKQLFD 6/15/2019 (715626JA6) | | None | | | Sold | 02/07/19 | N | | |
| 106.   Chenango Forks NY Cent Sch Dist Bd 06/18/19 (164087FS2) | E | Interest | | | Redeemed | 06/18/19 | O | | |
| 107.   Ogdensburg NY Enlarged City Sch 06/19/19 (676490FV2) | E | Interest | | | Redeemed | 06/19/19 | O | | |
| 108.   Geneva NY City Sch Dist Go Bans Ser 06/28/19 (372172MR4) | | None | | | Sold | 02/07/19 | O | | |
| 109.   Tompkins-Seneca-Tioga NY Brd Coop Edl 06/28/19 (890114BM2) | E | Interest | | | Buy<br>(add'l) | 03/18/19 | M | | |
| 110. | | | | | Redeemed | 06/28/19 | P1 | | |
| 111.   Suffolk Cnty NY Tax Antic Nts Ser 2019 07/24/19 (86476PYL6) | E | Interest | | | Redeemed | 07/24/19 | O | | |
| 112.   Board Coop Edl Svcs NY Sole Supervisory 09/27/19 (096575KKO) | D | Interest | | | Redeemed | 09/27/19 | N | | |
| 113.   Schoharie Cnty NY Bans Ser 2018 11/07/19 (807025CX7) | | None | | | Sold | 10/15/19 | O | | |
| 114.   Ulster Cnty NY Bd Antic Nts Ser 2018 11/20/19 (903766N90) | | None | | | Sold | 10/18/19 | O | | |
| 115.   Nassau Cnty NY Go Ran Ser 2019 A (63165TJ71) | D | Interest | | | Buy | 01/03/19 | O | | |
| 116. | | | | | Sold<br>(part) | 10/18/19 | N | | |
| 117. | | | | | Redeemed | 12/10/19 | N | | |
| 118.   Lockport Town NY Bd Antic Nts Ser 2018 12/11/19 (540057RF5) | | None | | | Sold | 11/27/19 | O | | |
| 119.   Lewiston-Porter NY Cent Sch Dist Bd (528645GK4) | | None | | | Buy | 01/24/19 | O | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 12/05/19 | O | | |
| 121. Troy NY Bans Ser 2019 Fixed Coup (897574WX3) | | None | M | T | Buy | 04/04/19 | M | | |
| 122. S Cent Regl Med Ctr Rev 3/1/2020 (837256AA4) | D | Interest | O | T | | | | | |
| 123. Florida Dev Fin Corp Surf Transn Fac (34061YAEO) | | None | | | Buy | 06/20/19 | P1 | | |
| 124. | | | | | Sold | 07/09/19 | P1 | | |
| 125. Norwich NY Go Bans Ser 2019 Fxd Coup (669436GD3) | D | Interest | | | Buy | 05/20/19 | O | | |
| 126. | | | | | Redeemed | 07/12/19 | O | | |
| 127. NY St Energy Resh & Dev Auth 06/01/29 (649845GZ1) | D | Interest | O | T | Buy<br>(add'l) | 08/16/19 | N | | |
| 128. NY St Energy Resh & Dev Auth 02/01/29 (649845HA5) | E | Interest | O | T | | | | | |
| 129. North Rose-Wolcott NY Cent Sch Dist Go (662028FL8) | | None | | | Buy | 07/25/19 | O | | |
| 130. | | | | | Sold | 12/20/19 | O | | |
| 131. Board Coop Edl Svcs NY Sold Sup (096575KQ7) | D | Interest | N | T | Buy | 08/30/19 | N | | |
| 132. NY St Dorm Auth Revsnon Rev Bds 7/1/2020 (64990BS46) | D | Interest | N | T | | | | | |
| 133. Corinth NY Cent Sch Dist Go Bans Ser (218854HH3) | | None | N | T | Buy | 07/25/19 | O | | |
| 134. | | | | | Sold<br>(part) | 12/18/19 | N | | |
| 135. South Glens Falls NY Cent Sch Dist Go (838039MM4) | | None | O | T | Buy | 07/25/19 | O | | |
| 136. Albany NY City Sch Dist Go Bd Antic Nts (012434SM9) | | None | O | T | Buy | 07/31/19 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 137.  Suffolk Cnty NY Tax Antic Nts Ser 2019 (86476PZW1) | | None | P1 | T | Buy | 10/18/19 | P1 | | |
| 138.  Metropolitan Transn Auth NY Rev 11/15/45 (59261AVE4) | E | Interest | O | T | | | | | |
| 139.  Orange Cnty Fla Hsg Fin Auth Multifamily (684906HM5) | D | Interest | P1 | T | Buy | 04/01/19 | P1 | | |
| 140.  Metropolitan Transn Auth NY Rev Bans 05/15/21 (59261AVU8) | D | Interest | N | T | | | | | |
| 141.  Kentucky Rural Wtr Fin Corp Pub Proj (49140M6K0) | | None | O | T | Buy | 12/05/19 | O | | |
| 142.  Ohio Hsg Fin Agy Multifamily Hsg Rev (676900UQ4) | C | Interest | O | T | Buy | 05/31/19 | O | | |
| 143.  Fort Bend Tex Indpt Sch Dist For Issues 08/01/42 (346843LQ6) | B | Interest | N | T | Redeemed (part) | 08/01/19 | J | | |
| 144.  Metropolitan Transn Auth NY Rev Bans 09/01/21 (59261AXD4) | E | Interest | N | T | | | | | |
| 145.  Burke Cnty GA Dev Auth Pollutn Ctl Rev 10/10/32 (121342PH6) | C | Interest | M | T | | | | | |
| 146.  Atlanta Ga Urban Residential Fin Auth (04785VBA1) | | None | O | T | Buy | 12/18/19 | O | | |
| 147.  San Antonio Tex Elec & Gas Rev Var Rt Jr 02/01/33 (7962537R7) | D | Interest | O | T | | | | | |
| 148.  American Mun Pwr Ohio Inc Rev Ref Bds (02765UNWO) | D | Interest | O | T | Buy | 02/13/19 | O | | |
| 149.  Dallas Tex Hsg Fin Corp Multi Family (235298BM7) | | None | O | T | Buy | 10/10/19 | O | | |
| 150.  New Jersey St Hsg & Mtg Fin Agy (646127EU0) | | None | O | T | Buy | 12/20/19 | O | | |
| 151.  Chautauqua Cnty NY Cap Resource Corp 11/01/31 (162542AD6) | E | Interest | O | T | | | | | |
| 152.  New York St Hsg Fin Agy Rev Var Rate Rev (64986URB5) | | None | | | Buy | 01/03/19 | M | | |
| 153. | | | | | Sold | 01/07/19 | M | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Black Belt Energy Gas Dist Ala Gas (09182RAF8) | E | Interest | O | T | Buy | 03/20/19 | O | | |
| 155. Louisiana St Offshore Term Auth (546510FR4) | | None | O | T | Buy | 12/03/19 | O | | |
| 156. Neuces Cnty Tex Tax Nts Ser 2019 (670386QS3) | | None | O | T | Buy | 10/15/19 | O | | |
| 157. Broward Cnty Fla Indl Dev Rev Var (115034BT6) | B | Interest | | | Buy | 06/28/19 | P1 | | |
| 158. | | | | | Sold | 07/25/19 | P1 | | |
| 159. Mineral Royalty Interests (H) | | | | | | | | | |
| 160. Mineral Royalty Interest - Atascosa County, Texas | E | Royalty | K | W | | | | | |
| 161. Mineral Royalty Interest - Crockett County, Texas | F | Royalty | L | W | | | | | |
| 162. Mineral Royalty Interest - Midland County, Texas | E | Royalty | K | W | | | | | |
| 163. Mineral Royalty Interest - Reagan County, Texas | G | Royalty | N | W | | | | | |
| 164. Mineral Royalty Interest - Upton County, Texas | H1 | Royalty | P1 | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 10 of the 2018 report is now reported within IRA #1. This is not indicative of a reportable transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Lehrburger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544